No. 97–7340. TEEL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–7342. GARCIA PEREZ v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–7347. STENSON v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 97–7348. STEPHEN v. ROMANI. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–7351. SMITH v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–7353. BLEVINS v. WATSON, DISTRICT JUDGE, COTTON COUNTY, OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 97–7354. CULLEN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–7358. VALDEZ ET UX. v. ZIONS SECURITIES CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–7360. BENTLEY v. CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–7362. KENDRICK v. YOUNG, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 97–7364. MOSTEK v. FORD MOTOR CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–7366. JAMES v. LAMAR. C. A. 11th Cir. Certiorari denied.

No. 97–7369. McCOY v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 97–7379. HOLLOWELL v. JOHNSON, SHERIFF, PULASKI COUNTY, ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.